B6 Declaration (Official Form 6 - Declaration). (12/07)

1/18/10 4:02PM

# United States Bankruptcy Court
## District of Nevada

In re  **Geraldine Kirk-Hughes**
Debtor(s)

Case No.  **10-10004**
Chapter  **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 18, 2010**

Signature  **/s/ Geraldine Kirk-Hughes**
**Geraldine Kirk-Hughes**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.