3/02/10 4:51PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Geraldine Kirk-Hughes**                                   Case No.  **10-10004**
                                    Debtor(s)                      Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 2, 2010**                    Signature  **/s/ Geraldine Kirk-Hughes**
                                                      **Geraldine Kirk-Hughes**
                                                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

3/02/10 4:51PM

B21 (Official Form 21) (12/07)

STATEMENT OF SOCIAL-SECURITY NUMBER OR
INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

# United States Bankruptcy Court
## District of Nevada

In re   **Geraldine Kirk-Hughes**
                                                              Debtor

Address   **7400 Oak Grove Ave**
          **Las Vegas, NV 89117**

Case No.   **10-10004**

Chapter   **13**

Employer's Tax Identification (EIN) No(s). [if any]: _____
Last four digits of Social Security No(s).:   **xxx-xx-6153**

STATEMENT OF SOCIAL-SECURITY NUMBER(S)
(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))

1. Name of Debtor (enter Last, First, Middle): **Kirk-Hughes, Geraldine**
(Check the appropriate box and, if applicable, provide the required information.)

☒ Debtor has a Social Security Number and it is:   ***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***
        (If more than one, state all.)
☐ Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN),
        and it is: __.
        (If more than one, state all.)
☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): _____
(Check the appropriate box and, if applicable, provide the required information.)

☐ Joint Debtor has a Social Security Number and it is: __
        (If more than one, state all.)
☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number and it
        is: __.
        (If more than one, state all.)
☐ Joint Debtor does not have a Social Security Number or an Individual Taxpayer Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X   **/s/ Geraldine Kirk-Hughes**              **March 2, 2010**
    Geraldine Kirk-Hughes                      Date
    Signature of Debtor

X   _____             _____
    Signature of Joint Debtor                  Date

*Joint debtors must provide information for both spouses.
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.