## United States Bankruptcy Court
## District of Nevada

In re  <u>Geraldine Kirk-Hughes, Debtor</u>

Case No. <u>10-10004</u>
Chapter  <u>11</u>

## DEBTOR'S PERSONAL ASSETS AND LIABILITIES

| ASSETS | CURRENT VALUE |
|---|---|
| 7400 Oak Grove<br>Las Vegas, NV | $750,000.00 |
| 1820 La Verne Circle<br>Las Vegas, NV | $115,000.00 |
| 2551 S. Ft. Apache Rd<br>Las Vegas, NV | $750,000.00 |
| Personal Property<br>    Furnishings in residence & 1998 Lexis | $ 16,150.00 |
| **TOTAL ASSETS** | **$1,631,150.00** |

| LIABILITIES | AMOUNT |
|---|---|
| BAC Home Loans Service<br>1820 LaVerne Circle | $312,755.00 |
| BAC Home Loans Service<br>7400 Oak Grove, First | $199,993.00 |
| Citibank NA<br>7400 Oak Grove, Second | $299,991.00 |
| Balinda Antoine | $300,000.00 |
| BAC Home Loans Service<br>5697 Aripa Road<br>Harrison, ID | $584,387.00 |
| Colson Loan Service<br>P. O. Box 1289, Bowling Green Station<br>NYC, NY  10274 (Second on 2551 S. Ft. Apache Rd.) | $350,000.00 |
| Bank of Nevada<br>2551 S. Ft. Apache Road (First) | $600,000.00 |

| | |
|---|---|
| Tomlinson Black North Idaho, Inc.<br>Coeur d'Alene, ID | $450,000.00 |
| Alan Golub | $1,392,680.00 |
| Inland Northwest Bank<br>421 W. Riverside, Suite 13<br>Spokane Washington  99201<br>(Carlin Bay Marina, Harrison, ID; Personal Guarantee) | $432,533.30 |
| Consumer Credit Debts | $  69,596.00 |
| **TOTAL LIABILITIES** | **$4,991,935.30** |