JUDITH H. BRAECKLEIN, ESQ.
Nevada Bar No. 003322
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada  89117
(702) 233-8683
Fax No. (702) 233-8661
jhbraecklein@kirkhugheslaw.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-S-10-10004-BAM |
| | Chapter 11 |
| GERALDINE HUGHES, | |
| Debtor. | Hearing Date: 5/25/2010 |
| | Hearing Time: 10:00 A.M. |

**DEBTOR'S SECOND STATUS REPORT REGARDING CHAPTER 11 BANKRUPTCY**

COMES NOW the Debtor, GERALDINE HUGHES, by and through her Attorney, JUDITH H. BRAECKLEIN, ESQ., who files this Second Status Report concerning her Chapter 11 Bankruptcy proceedings.

The Debtor's Chapter 11 Plan was filed May 25, 2010, with the Disclosure Statement being filed May 26, 2010.

1.  The Bank of America (BAC Home Loans Service) has conditionally agreed to a short sale of the property located at 1820 LaVerne Circle, Las Vegas, Nevada, 89108, for which there is a buyer.  Debtor is waiting for the Stipulation and Order to be returned by BAC's attorney agreeing to the lifting of the Stay for the sale of this one property only.  Upon receipt, the SAO will be given to the Judge hopefully for his approval and signature.

2.  The Debtor and BAC Home Loans Service reached an arrangement with the Debtor taking funds out of her 401(k) to

1

bring current the mortgage pertaining to 7400 Oak Grove Avenue, Las Vegas, Nevada, 89117, which should be completed within 30 days.

3.  The Debtor is also working with BAC Home Loans Service on establishing a Loan Modification on the property in Idaho, 5697 Aripa Road, Harrison, Idaho, 83833, and will be in Coeur d'Alene from May 26 through May 30, 2010, working with the bank on this Loan Modification.

4.  The Debtor and Counsel for the Bank of Nevada reached an Agreement with regard to the property located at 2551 S. Ft. Apache Road, #103, Las Vegas, Nevada, 89117. The Debtor has brought the payments current and will make the May payment on May 28, 2010. The Debtor has also signed, as has the Court, an Adequate Protection Order and has made the pre-petition arrears part of her Chapter 11 Plan. The monthly mortgage payments will be made by the Debtor outside the Chapter Reorganization Plan.

5.  There is still a property tax lien against the Ft. Apache property which has been addressed in the Debtor's Plan.

DATED this 25th day of May, 2010.

/s/ Judith H. Braecklein

JUDITH H. BRAECKLEIN, ESQ.
Nevada Bar No. 003322
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada  89117
(702) 233-8683
Fax No. (702) 233-8661
Attorney for Debtor