```
 1  KIRK-HUGHES & ASSOCIATES
    GERALDINE KIRK-HUGHES, ESQ.
 2  Nevada Bar No. 003444
    2551 S. Ft. Apache Road, #103
 3  Las Vegas, Nevada  89117
    (702) 233-8683
 4  Fax No. (702) 233-8661
    gkhughes@kirkhugheslaw.com
 5  Attorneys for Debtor
 6
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) | CASE NO.: BK-S-10-10004-BAM |
|---|---|---|
|  | ) | Chapter 11 |
| GERALDINE HUGHES, | ) |  |
|  | ) |  |
| Debtor. | ) | Date: N/A |
|  | ) | Time: N/A |

**STIPULATION AND ORDER ALLOWING SALE OF**
**1820 LaVERNE CIRCLE, LAS VEGAS, NEVADA**

Debtor GERALIDINE KIRK-HUGHES (Debtor) by and through her attorneys, LAW OFFICES OF KIRK-HUGHES & ASSOCIATE, and Interested Secured Party BAC HOME LOANS SERVICING, LP (BAC), fka COUNTRYWIDE HOME LOANS SERVICING, LP, by and through its attorneys, MILES, BAUER, BERGSTROM & WINTERS, LLP, hereby stipulate and agree as follows:

1

1. BAC is the beneficiary and holder of that certain Promissory Note which evidences a loan to Debtor in the amount of Three Hundred Twelve Thousand Seven Hundred Fifty-five Dollars ($312,755.00).

2. The Note was secured by a Deed of Trust in the amount of Three Hundred Twelve Thousand Seven Hundred Fifty-five Dollars ($312,755.00) against certain real property owned by Debtor and located at 1820 LaVerne Circle, Las Vegas, Nevada, 89108.

3. The Debtor has fallen into default on her obligation to the Creditor, BAC HOME LOANS SERVICING, LP.

4. On January 3, 2010, the Debtor filed a Chapter 13 Petition which was converted to Chapter 11 on or about March 16, 2010.

5. The Debtor has listed three (3) real properties she owns as part of her Bankruptcy Petition. Included as one of these properties is the property located at 1820 LaVerne Circle.

6. In order to prepare a viable Plan, the Debtor must sell the LaVerne Circle property on a short sale and has a buyer.

7. BAC has informed the Debtor that it has conditionally approved the short sale of the LaVerne property based on the Mortgage Insurance giving its approval, which it

2

will do if such a sale is approved by the Bankruptcy Judge in this matter, the Honorable Bruce A. Markell, and the Stay is lifted only for this specific sale. (Attached hereto is the EQUATOR from Nationwide Foreclosed Home Listing Services)

8. BAC also holds the mortgage on the other two (2) properties owned by the Debtor that are a part of this Bankruptcy. The Ft. Apache property is one month in default which is pre-petition and which will be included in the Debtor's Plan. The Debtor is pursuing a loan modification on the Idaho property.

Dated: 6-10-2010                    Dated: 6-10-2010

KIRK-HUGHES & ASSOCIATES            MILES BAUER BERGSTROM & WINTERS

/s/ Geraldine Kirk-Hughes           /s/ Jeremy T. Bergstrom
Geraldine Kirk-Hughes, Esq.         Jeremy T. Bergstrom, Esq.
Nevada State Bar #3444              Nevada State Bar #6904
2551 S. Ft. Apache Rd. #103         2200 Paseo Verde Pkwy., #250
Las Vegas, Nevada 89117             Henderson, Nevada 89052
(702) 233-8683                      (702) 369-5960
Attorney for the Debtor             Attorney for the Creditor
 GERALDINE KIRK-HUGHES               BAC HOME LOANS SERVICING, LP

## ORDER

The Court having considered the Stipulation and Agreement submitted herewith and for good cause appearing:

3

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Automatic Stay is lifted in this matter to allow the Debtor, GERALDINE KIRK-HUGHES, to proceed with the short sale of the real property located at 1820 LaVerne Circle, Las Vegas, Nevada, 89108, and specifically described as

> STONEHAVEN: Plat Book 10, Page 12, Lot 11, Block 2 as recorded in the Office of the County Recorder, Clark County; APN:139-19-318-020.

DATED this _____ day of May, 2010.

_____
U.S. BANKRUPTCY COURT JUDGE

Respectfully Submitted:                Approved/Disapproved:

**KIRK-HUGHES & ASSOCIATES**           **MILES BAUER BERGSTROM & WINTERS**

/s/ Geraldine Kirk-Hughes              [signature]
_____        _____
Geraldine Kirk-Hughes, Esq.            Jeremy T. Bergstrom, Esq.
Nevada State Bar #3444                 Nevada State Bar #6904
2551 S. Ft. Apache Road, #103          2200 Paseo Verde Pkwy. #250
Las Vegas, Nevada  89117               Henderson, Nevada  89052
(702) 233-8683                         (702) 369-5960
E-Mail: gkhughes@kirkhugheslaw.com     E-Mail: jbergstrom@mileslegal.com
Attorneys for Debtor                   Attorneys for Creditor
                                       BAC HOME LOANS SERVICING

**U.S. TRUSTEE**
The Trustee for this case
determined it was not necessary
for him to sign as the Trustee's Office played no part in this SAO.
_____
Foley Federal Building
300 Las Vegas Blvd. So.#4300
Las Vegas, Nevada  89101