**KIRK-HUGHES & ASSOCIATES**
GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar No. 003444
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada 89117
Tel: (702) 233 - 8683
Fax: (702) 233 - 8661
gkhughes@kirkhugheslaw.com
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | CASE NO.: BK-S-10-10004-BAM |
| | ) | Chapter 11 |
| GERALDINE HUGHES, | ) | |
| | ) | |
| Debtor. | ) | Date: OST PENDING |
| | ) | Time: OST PENDING |

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that mailing of the **DEBTOR'S MOTION TO SELL 1820 LaVERNE CIRCLE, LAS VEGAS, NEVADA, AND 5697 E. ARIPA ROAD, HARRISON, IDAHO, AND TO LIFT THE STAY AS TO THESE TWO PROPERTIES ONLY** was made on this day pursuant to Nevada Rules of Civil Procedure 5(b) by depositing a true copy of the same in the United States Mail, first-class Postage prepaid, addressed as follows:

BAC Home Loan Servicing LP
7105 Corporate Drive
Plano, TX 75024

IRS
110 City Parkway
Suite #201 MS 4040 LV
Las Vegas, NV 89106

Section Seven HOA
c/o Nevada Association Services, Inc.
6224 W. Desert Inn Road
Las Vegas, NV 89146

Security & Exchange Commission
Los Angeles Regional Office
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA 90036-3648

Colson Loan Service
P.O. Box 1289 Bowling Green
New York, NY 10274

Belinda Antoine
306 E. Randol Mill Road
Suite #100
Arlington, TX 76016

///
///

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR Evergreen, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

Citibank
P.O. Box 769006
San Antonio, TX 78245

DATED this __16__ day of August, 2010.

_____
An Employee of
**KIRK-HUGHES & ASSOCIATES**

2