**KIRK-HUGHES & ASSOCIATES**
GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar No. 003444
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada  89117
(702) 233-8683
Fax No. (702) 233-8661
gkhughes@kirkhugheslaw.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:                              )    CASE NO.:  BK-S-10-10004-BAM
                                    )    Chapter 11
GERALDINE KIRK-HUGHES,               )
                                    )
         Debtor.                    )    Date:  OST PENDING
_____)    Time:  OST PENDING

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION TO SELL 1820 LaVERNE CIRCLE, LAS VEGAS, NEVADA, AND 5697 E. ARIPA ROAD, HARRISON, IDAHO, AND TO LIFT THE STAY AS TO THESE TWO PROPERTIES ONLY**

Debtor GERALIDINE KIRK-HUGHES by and through her attorneys, **LAW OFFICES OF KIRK-HUGHES & ASSOCIATE/PRO SE**, hereby submits this Ex Parte Application for an Order Shortening Time for Hearing Debtor's Motion to Sell 1820 LaVerne Circle, Las Vegas, Nevada, and 5697 E. Aripa Road, Harrison, Idaho.

This Application is made and based on the following Points and Authorities, the Declaration of the Debtor in support thereof and the pleadings and papers on file herein.

**WHEREFORE,** Counsel respectfully requests that this Honorable Court hear the above-cited Motion on shortened

1

notice and such other and further relief as may be just and proper.

DATED this 16th day of August, 2010.

**KIRK-HUGHES & ASSOCIATES**

*/s/ Geraldine Kirk-Hughes*

GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar No. 003444
2551 S. Ft. Apache Rd., #103
Las Vegas, Nevada  89117
(702) 233-8683
Fax No. (702) 233-8661
gkhughes@kirkhugheslaw.com
Attorneys for Debtor/Pro Se

## POINTS AND AUTHORITIES

*Introduction:*

The Debtor acting in Proper Person brings this Application on for hearing pursuant to Local Bankruptcy Rule 9006 seeking an Order shortening time for notice and hearing for the Motion to sell two properties owned as investments by the Debtor. This Application is further based on the Declaration of the Debtor, Geraldine Kirk-Hughes, filed in support hereof and attached hereto as **Exhibit 1**, which is incorporated by reference herein.

The request for shortened time results from the Debtor's need to sell these two (2) properties as soon as possible in order to take advantage of the Short Sales tentatively approved by BAC and to not lose the buyers interested in the LaVerne and Aripa properties. Secondly, these sales will allow the Debtor

2

to modify her Chapter 11 Plan thereby making it a viable Plan that would be acceptable to her Creditors and to the Court.

Given that the Debtor has qualified buyers and that BAC Home Loans Servicing, the beneficiary and holder of the Promissory Notes, has conditionally approved the short sales once the Court approves the sales, it is requested that this Court hear the Debtor's Motion at its earliest convenience. An expedited hearing of the Motion is in the best interest of the Debtor and the Creditors.

Copies of the Debtor's Motion to Sell and to Lift Stay have been served on the Secured Creditors or their Counsel if known, on the Parties who requested Special Notice or their Counsel if known, on the Las Vegas Office of the U.S. Trustee, on the Las Vegas Office of the IRS and on the Los Angeles Regional Office of the Security and Exchange Commission.

**<u>Bankruptcy Rule 9006 and Due Process Requirements:</u>**

The proposed shortening of time will not adversely impact any Party's ability to respond to the Motion, since the Parties have had Notice of the Motion as described above. Further, the proposed shortening of time will still allow for compliance with Federal Rules of Bankruptcy Procedure (FRBkP) 4001(d)(2) which provides that Objections, if any, to the Motion may be filed and served within the time fixed by the Court.

Federal Rule 9006(c)(1) and (d) authorize this Court to reduce the time for a Hearing as well as for a Party to file an Ex Parte Motion to Shorten Time for a Hearing. FRBkP 9006(c)(1) states in pertinent part:

> (c) *Reduction.*
> *(1) In General.* Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Courts have generally acknowledged that such expedited relief does not violate an individual's Due Process Rights, even if the Motion is an Ex Parte Motion for an Order Shortening Time. Based on "cause shown", Rule 9006 permits the Bankruptcy Court to use its discretion in granting or denying a Motion for an Order Shortening Time. More importantly is the fact that such Ex Parte Motions are usually granted by Bankruptcy Courts. In re Gledhill, 76 F.3d 1070 (10th Cir.Utah (1996); 9 *Collier on Bankruptcy* 9006.07 (Lawrence P. King ed., 15th ed. 1995)

The Debtor contends that the Court's decision to shorten time in which to hear her Motion to Sell is essential in order for the Debtor to take advantage of the two (2) qualified buyers and the short sales tentatively offered by BAC Home Loans Servicing, LP.

4

The Debtor has consulted the Parties as shown on the Attorney Information Sheet for Proposed Order Shortening Time, which is filed concurrently herewith and incorporated by reference herein.

*Conclusion:*

The Debtor in Proper Person respectfully requests this Honorable Court to hear her Motion to Sell on an Order Shortening Time and to grant such other and further relief as may be just and proper.

DATED this 16th day of August, 2010.

**KIRK-HUGHES & ASSOCIATES**

*/s/ Geraldine Kirk-Hughes*

GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar No. 003444
2551 S. Ft. Apache Rd., #103
Las Vegas, Nevada  89117
(702) 233-8683
Fax No. (702) 233-8661
gkhughes@kirkhugheslaw.com
Attorneys for Debtor/Pro Se

**EXHIBIT 1**

## DECLARATION OF GERALDINE KIRK-HUGHES
## AFFIRMING REQUESTED RELIEF

STATE OF NEVADA        )
                       ) SS:
COUNTY OF CLARK        )

I, Geraldine Kirk-Hughes, declare under penalty of perjury that I am competent to make this Declaration under the laws of the United States and the State of Nevada; that I have read the above Ex Parte Application to Shorten Time and that the facts stated therein are true and correct as attested to by my own personal knowledge, except for those matters attested to upon information and belief; and as to those matters, I believe them to be true.

DATED this 16th day of August, 2010.

KIRK-HUGHES & ASSOCIATES

_/s/ Geraldine K. Hughes_
GERALDINE KIRK-HUGHES
Nevada Bar No. 003444
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada 89117
(702) 233-8683
Fax No. (702) 233-8661
gkhughes@kirkhugheslaw.com
Attorneys for Debtor/Pro Se

-1-