1  **KIRK-HUGHES & ASSOCIATES**
   Geraldine Kirk-Hughes, Esq.
2  Nevada Bar No: 3322
   2551 South Fort Apache Road, Suite 103
3  Las Vegas, NV 89114
   Phone: (702) 233-8683
4  Facsimile: (702) 233-8661
   E-Mail: gkhughes@kirkhugheslaw.com
5  Attorney for Debtor,

6

7

8                       UNITED STATES BANKRUPTCY COURT

9                              DISTRICT OF NEVADA

10

11 | In re                              | Case No: BK-10-10004-BAM
12 | GERALDINE KIRK-HUGHES              | Chapter 11
13 |            Debtor.                 |
14 |                                    | DATE:  OST PENDING
   |                                    | TIME:  OST PENDING
15
16
17

18 **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION TO SELL REAL PROPERTY LOCATED AT 1820 LaVERNE CIRCLE, LAS VEGAS**

19

20   As required by the Court, this office has contacted the Parties listed below concerning the

21 Ex Parte Application for Order Shortening Time for Hearing on Debtor's Motion to sell real

22 property located at 1820 LaVerne Circle, Las Vegas, Nevada, as indicated below:

23

| Contact | Date Contacted | Agree/Disagree No Response | E-Mail Address |
|---|---|---|---|
| Jeremy T. Bergstrom, Esq. Miles, Bauer, Bergstrom et al. Attorney for BAC Home Loans | 8/12/10 | Agree | jbergstrom@mileslegal.com |
| Office of the U.S. Trustee, Las Vegas Nevada | 8/12/10 | No Response | USTPRegion17.lv.ecf@usdoj.gov |
| Douglas D. Gerrard, Esq. | 8/12/10 | No Response | dgerrard@gerrard-cox.com |

-1-

| | | | |
|---|---|---|---|
| Gerrard, Cox & Larson<br>Attorney for Bank of Nevada | | | |
| James E. Shively, Esq.<br>Poli & Ball, P.L.C.<br>Attorney for DCFS TRUST | 8/12/10 | No Response | nevadabk@poliball.com |

DATED this 19th day of August, 2010.

**KIRK-HUGHES & ASSOCIATES**

*/s/ Geraldine Kirk-Hughes*

GERALDINE KIRK-HUGHES, ESQ.
Nevada State Bar #3444
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada, 89117
(702) 233-8683
FAX NO.: (702) 233-8661
E-Mail: gkhughes@kirkhugheslaw.com
Attorney for Debtor/Pro Se