

**Entered on Docket
August 23, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:                                    )    CASE NO.:  BK-S-10-10004-BAM
                                          )    Chapter 11
GERALDINE HUGHES,                         )
                                          )
            Debtor.                       )    Hearing Date:  August 30, 2010
                                          )    Hearing Time:  09:00 AM

### ORDER SHORTENING TIME

The Court having considered the Debtor's, GERALDINE KIRK-HUGHES', Ex Parte Application for Order Shortening Time for Hearing on her Motion to Sell 1820 LaVerne Circle, Las Vegas, Nevada; and 5697 E. Aripa Road, Harrison, Idaho; and to Lift Stay as to these Two Properties Only and good cause appearing, **THEREFOR:**

**IT IS HEREBY ORDERED** that the Ex Parte Application for an Order Shortening Time be, and the same hereby is, Granted.

**IT IS FURTHER ORDERED** that the Motion to Sell 1820 LaVerne Circle, Las Vegas, Nevada; and 5697 E. Aripa Road, Harrison, Idaho; and to Lift the Stay as to these Two (2) Properties Only shall be heard on a shortened time by the Honorable Bruce A. Markell on the 30 day of August, 2010, at the hour of 09:00 AM

1

1  in the Foley Federal Building, 300 Las Vegas Blvd. South, Third
2  Floor, Courtroom 3, Las Vegas, Nevada, 89101.
3      **IT IS FURTHER ORDER** that the Motion to Sell 1820 LaVerne
4  Circle, Las Vegas, Nevada; and 5697 E. Aripa Road, Harrison,
5  Idaho; and to Lift the Stay as to these Two (2) Properties Only
6  with any supporting documents and this Order Shortening Time
7  shall be served no later than one business day after the entry
8  of the Order Shortening Time.  Any Objections or Oppositions to
9  the Motion to Sell shall be filed the time of the hearing.         ,
10 2010, and any Replies to the Objections or Oppositions shall be
11 filed by the  N/A  day of August, 2010.
12     **IT IS SO ORDERED.**
13
14                              ###
15

2