

**Entered on Docket
September 24, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

1  KIRK-HUGHES & ASSOCIATES
   GERALDINE KIRK-HUGHES, ESQ.
2  Nevada Bar No. 003444
   2551 S. Ft. Apache Road, #103
3  Las Vegas, Nevada  89117
4  (702) 233-8683
   Fax No. (702) 233-8661
5  gkhughes@kirkhugheslaw.com
   Attorney for Debtor - Pro Se
6

7
                UNITED STATES BANKRUPTCY COURT
8
                  FOR THE DISTRICT OF NEVADA
9
10 In re:                          )   CASE NO.: BK-S-10-10004-BAM
                                   )   Chapter 11
11 GERALDINE HUGHES,               )
                                   )
12         Debtor.                 )   Hearing Date: 9/14/2010
                                   )   Hearing Time: 9:00 A.M.
13 _____)

14       **ORDER GRANTING MOTION IN AND TO CONTINUE IN PART**

15      The Motion to Sell LaVerne Circle, a Nevada property, and

16 to Sell Aripa Road, an Idaho property, filed by GERALDINE

17 KIRK-HUGHES, Pro Se, on behalf of the Debtor; GERALDINE KIRK-

18 HUGHES in Proper Person appearing on behalf of the Debtor;

19
   PATRICK DRISCOLL, ESQ., appearing on behalf of Creditor Alan
20
   Golub; having come on for Hearing the 14th day of September,
21
22 2010, at the above cited in the above-entitled Court; and the

23
                                 1
24

1  Court having reviewed the Points and Authorities filed by the
2  Debtor; having heard oral argument on the matter and being
3  fully advised in the premises, THEREFOR:
4
    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
5
   Motion allowing Debtor to sell the real property located at
6
7  1820 LaVerne Circle, Las Vegas, Nevada, 89109, and
8  specifically described as
9
           STONEHAVEN: Plat Book 10, Page 12, Lot 11,
           Block 2 as recorded in the Office of the
10         County Recorder, Clark County; APN:139-
11         19-318-020.
12 to Antonio Wilson and/or assigns for the purchase price of One
13 Hundred Thousand Dollars ($100,000.00) as a short sale is
14 granted.
15
    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the part
16
17 of the Motion allowing Debtor to enter into the Loan
18 Modification Process or, alternatively, to sell the real
19 property located at 5697 E. Aripa Road, Harrison, Idaho, 83833,
20 and specifically described as
21
           The Southeast quarter of the Northeast quarter
22         of the Southwest Quarter of Section 3,
           Township 49 North, Range 3 West, Boise
23         Meridian, Kootenai County, Idaho; Parcel ID
           Number, 49N03W-03-5250
24
25 to Joseph and Terry Keane and/or assigns for the purchase price
26 of Three Hundred Seventy-five Thousand Dollars ($375,000.00) as
27 a short sale is continued to October 5, 2010 at 9:00 A.M. in
28

1 | Courtroom 3, Foley Federal Building, 300 Las Vegas Blvd.,
2 | South, before the Honorable Bruce Markell.
3 |     DATED this ____ day of September, 2010.

                                                    _____
                                                    BRUCE A. MARKELL
                                                    U. S. Bankruptcy Judge

Respectfully submitted:

**KIRK-HUGHES & ASSOCIATES**

*/s/ Geraldine Kirk-Hughes, Esq.*
GERALDINE KIRK-HUGHES, ESQ.
Nevada Bar No. 003444
2551 S. Ft. Apache Road, #103
Las Vegas, Nevada 89117
(702) 233-8683
Fax No. (702) 233-8661
Attorney, Pro Se for Debtor

3