**Entered on Docket
January 04, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: BK-S-10-10004-BAM |
| ) | Chapter 11 |
| GERALDINE KIRK-HUGHES, ) | |
| ) | |
| Debtor. ) | Date: January 11, 2011 |
| ) | Time: 9:00 a.m. |

**ORDER REGARDING STATUS CONFERENCE**

A status conference was held in this matter on January 4, 2011 at 9:00 a.m.; IT IS HEREBY ORDERED THAT:

The status conference is continued to **January 11, 2011 at 9:00 a.m.,** in the courtroom of Bankruptcy Judge Bruce A. Markell, Courtroom #3, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS SO ORDERED.

Copies sent to:

BNC MAILING MATRIX

JEREMY T BERGSTROM on behalf of Creditor BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP
mbergstrom@mileslegal.com

DOUGLAS D. GERRARD on behalf of Creditor BANK OF NEVADA
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwaddoups@gerrard-cox.com;jberghammer@gerrard-cox.com

GERALDINE KIRK-HUGHES on behalf of Debtor GERALDINE KIRK-HUGHES
gkhughes@kirkhugheslaw.com, jhbraecklein@kirkhugheslaw.com;olliek1@kirkhugheslaw.com
JAMES E. SHIVELY on behalf of Creditor DCFS TRUST

1  nevadabk@poliball.com

2  JAMES E. SHIVELY on behalf of Creditor DCFS TRUST
3  nevadabk@poliball.com

4  U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

5
   BAC HOME LOAN SERVICING LP
6  7105 CORPORATE DRIVE
   PLANO, TX 75024

7
   CR EVERGREEN, LLC
8  MS 550
   PO Box 91121
9  SEATTLE, WA 98111-9221

10                              # # #

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26